M. P. LEHMAN, as Sheriff of Dade County, Florida, *Plaintiff in Error,* v. PAUL F. FITZGERALD, *Defendant in Error.*

147 So. 855.

Division B.

Opinion filed April 25, 1933.

*Cary D. Landis, Attorney General,* and *Roy Campbell, Assistant,* for Plaintiff in Error;

*Kennedy & Cheetham,* for Defendant in Error.

PER CURIAM.—This case is in all respects like that of Lehman as Sheriff of Dade County, Florida, v. Gear and the judgment herein should be affirmed on authority of the opinion and judgment in that case, filed at this term of the Court.

It is so ordered.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.

DAVIS, C. J., and ELLIS and TERRELL, J. J., concur in the opinion and judgment.